IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HUNT,                                  No. C 12-3239 SI

        Plaintiff,                           **JUDGMENT**

  v.

DISTRICT OF COLUMBIA,

        Defendant.
                                     /

The Court has dismissed this case without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 16, 2012

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California