IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT, | No. C 12-3239 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

The Court has dismissed this case without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 16, 2012

SUSAN ILLSTON
United States District Judge