**United States District Court**
For the Northern District of California

1

2

3                IN THE UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   TYRONE HURT,                                 No. C 12-3239 SI

7                Plaintiff
                 (Appellant),
8        v.                                       **ORDER DENYING LEAVE TO
                                                  PROCEED *IN FORMA PAUPERIS* AND
9   DISTRICT OF COLUMBIA,                         MOTION TO APPOINT COUNSEL**

10               Defendant
                 (Appellee).
11   _____/

12       Plaintiff appellant Tyrone Hurt has filed a notice of appeal and a motion to proceed *in forma*

13  *pauperis*. The Ninth Circuit has held that "if at least one issue or claim is found to be non-frivolous,

14  leave to proceed in forma pauperis must be granted for the case as a whole." *Hooker v. American*

15  *Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that plaintiff's appeal is entirely

16  frivolous. The Court found in its order dismissing the case that the complaint was frivolous because

17  plaintiff lacked standing to seek statehood for the District of Columbia or to abolish all neighborhood

18  watch groups. In addition, the complaint failed to allege any facts or set forth any specific legal claims.

19  Hurt's motion does not address any of these deficiencies. Therefore, plaintiff's motion to proceed *in*

20  *forma pauperis* is DENIED.

21       Hurt also filed a motion for the appointment of counsel. Under 28 U.S.C. § 1915(e)(1), the

22  Court is permitted to request an attorney to represent any person unable to afford counsel. However,

23  the Court finds that plaintiff's appeal is frivolous, and thus DENIES the motion for appointment of

24  counsel. (Docket Nos. 12, 13.)

25       **IT IS SO ORDERED.**

26  Dated: November 13, 2012

27                                               SUSAN ILLSTON
                                                 United States District Judge
28