United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>    Plaintiff<br>    (Appellant),<br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant<br>    (Appellee).<br>_____/ | No. C 12-3239 SI<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND MOTION TO APPOINT COUNSEL** |

Plaintiff appellant Tyrone Hurt has filed a notice of appeal and a motion to proceed *in forma pauperis*. The Ninth Circuit has held that "if at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis must be granted for the case as a whole." *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that plaintiff's appeal is entirely frivolous. The Court found in its order dismissing the case that the complaint was frivolous because plaintiff lacked standing to seek statehood for the District of Columbia or to abolish all neighborhood watch groups. In addition, the complaint failed to allege any facts or set forth any specific legal claims. Hurt's motion does not address any of these deficiencies. Therefore, plaintiff's motion to proceed *in forma pauperis* is DENIED.

Hurt also filed a motion for the appointment of counsel. Under 28 U.S.C. § 1915(e)(1), the Court is permitted to request an attorney to represent any person unable to afford counsel. However, the Court finds that plaintiff's appeal is frivolous, and thus DENIES the motion for appointment of counsel. (Docket Nos. 12, 13.)

**IT IS SO ORDERED.**

Dated: November 13, 2012

                                                   SUSAN ILLSTON
                                                   United States District Judge